| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Ditech Financial, LLC | Order Filed on December 22,<br>2017 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>    Donna L. Vesely,<br><br>Debtor. | Case No.: 15-11839-JNP<br><br>Adv. No.:<br><br>Hearing Date: 10/17/2017 @ 10:00 a.m..<br><br>Judge: Jerrold N. Poslusny, Jr. |

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 22, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Donna L. Vesely
Case No:  15-11839-JNP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

    This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Ditech Financial LLC, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 726 Francis Drive, Monroe, NJ 08094, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joseph Rogers, Esquire, attorney for Debtor, and for good cause having been shown

    It is **ORDERED, ADJUDGED and DECREED** that as of December 13, 2017, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due November 2017 through December 2017 for a total post-petition default of 2,439.25 (2 @ $1,497.72, less $556.19 in suspense); and

    It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make a lump sum payment of $2,000.00 by December 31, 2017; and

    It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $439.25  will be paid over six months by Debtor remitting $73.21 per month, which additional payments shall begin on January 1, 2018 until the post-petition arrears are cured; and

    It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume January 1, 2018, directly to Secured Creditor's servicer  (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

    It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

    It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

    It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Donna L. Vesely  
    Debtor

Case No. 15-11839-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Dec 22, 2017  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.  
db          +Donna L. Vesely,    726 Francis Drive,    Williamstown, NJ 08094-1306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Joseph J. Rogers    on behalf of Debtor Donna L. Vesely jjresq@comcast.net, jjresq1@comcast.net  
         Justin Plean    on behalf of Creditor    Green Tree Servicing LLC jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Miriam Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
                                                                                       TOTAL: 5